**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cynthia Spaziani, | No. CV-19-05240-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Allstate Fire and Casualty Insurance Company, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice, and good cause appearing,

**IT IS ORDERED granting** the parties' Stipulation for Dismissal (Doc. 19), and dismissing the matter, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter.

Dated this 11th day of February, 2020.

_Michael T. Liburdi_

Michael T. Liburdi
United States District Judge